7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*
*Debtor*

*Bankruptcy Case No.*

Plaintiff(s)

*Adversary Case No.*
13−60194−abf7

v.

Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: Judgment is hereby entered in favor of the Chapter 7 Trustee, Fred C. Moon, and against the Debtor, Thomas Howard Gilliland in the amount of $500, with interest on such judgment to run hereafter at the legal rate.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 11/13/13

Court to serve